UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20256-BLOOM

UNITED STATES OF AMERICA

v.

JULIUS DWIGHT MOZIE,

        Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Julius Dwight Mozie ("MOZIE") agree that, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning in or around November 2020, and continuing through in or around March 2021, in Miami-Dade County, MOZIE and Michelle Cameron Stubbs ("STUBBS") did knowingly and willfully combine, conspire, confederate, and agree with each other to, and actually did, knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit Minor Victim, knowing and in reckless disregard of the fact, by means of force, threats of force, and coercion, and any combination of such means, would be used to cause such person to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe the Minor Victim, that the Minor Victim had not attained the age of 18 years and would be caused to engage in a commercial sex act in Miami-Dade County, Florida.

On or about December 24, 2020, a 16-year-old female, the Minor Victim, was reported missing by her grandmother. As a result of this information, law enforcement entered the Minor Victim into its law enforcement database as a missing person. On or about February 15, 2021, law enforcement received a notification from the National Center of Missing and Exploited Children regarding an online posting on a website commonly used to advertise prostitution services that depicted sexually explicit images of the Minor Victim and advertised a sexual encounter with the Minor Victim. The ad contained a TextNow phone number ending in 2329 (the "Advertisement Phone Number").

Between February 15, 2021 and February 16, 2021, an undercover law enforcement officer began texting with the Advertisement Phone Number. During the text conversations, the undercover officer and the user of the Advertisement Phone Number arranged for a date to occur with the undercover officer and the Minor Victim. Specifically, the undercover officer and the user of the Advertisement Phone Number agreed to a 30-minute visit with the Minor Victim for $150. The visit was "full service," which included "head" and "sex." The user of the Advertisement Phone Number provided the undercover officer with the address of a hotel in Miami Springs, Florida ("Hotel") as the location of the date with Minor Victim and directed the undercover officer to Room 807.

On February 16, 2021, law enforcement officers went to the Hotel. The officers proceeded to the eighth floor and observed two females outside of Room 801, one of whom exited Room 801 and entered into Room 807. An undercover officer posing as the commercial sex act customer entered Room 807 and encountered the Minor Victim. Law enforcement also made contact with an adult female inside of Room 801, who is identified as the "Adult Victim." Both the Minor Victim and the Adult Victim were being trafficked by MOZIE and STUBBS. The Minor Victim

began participating in 15-minute "dates" (also referred to as a quick visit or abbreviated as "QV"), during which she engaged in commercial sex acts for MOZIE.

Hotel records show that both rooms 801 and 807 were registered to MOZIE for one night, from February 15, 2021 to February 16, 2021, and MOZIE's Florida Driver License was provided to the Hotel. STUBBS, the Adult Victim, and the Minor Victim were listed as registered guests, however, the Minor Victim's last name was listed as "Cameron" which is STUBBS' middle name. The surveillance video captured MOZIE, STUBBS, and the Minor Victim arriving at the Hotel in a black Kia SUV, and then MOZIE and STUBBS together at the Hotel front desk.

MOZIE, STUBBS, and the Adult Victim communicated with the Minor Victim using TextNow regarding the Minor Victim performing sex acts for money. These conversations began in early February 2021 and concluded on or about February 16, 2021. On February 15, 2021, STUBBS and the Minor Victim discussed in detail a specific sex act for money.

When the Minor Victim began to engage in commercial sex acts for MOZIE, the Minor Victim did not know how to post her own online advertisements, so MOZIE took digital photographs of the Minor Victim in lewd lascivious positions to be used in the advertisements. STUBBS created and posted the online advertisements of the Minor Victim for commercial sex acts. MOZIE was in charge of the commercial sex act operation and both the Adult Victim and the Minor Victim worked for MOZIE. STUBBS worked for MOZIE, and transitioned from providing the commercial sex acts to "management" when the Minor Victim joined the group. While working for MOZIE, STUBBS was in charge of maintaining the ledger used to record who was on a date and how much was being earned.

Law enforcement obtained a search warrant for MOZIE's phone, which revealed that MOZIE, using the search engine application "DuckDuckGo," conducted an online search using

the Minor Victim's name as search criteria. The results pertaining to the search revealed the Minor Victim missing juvenile poster confirming that the Minor Victim was a minor.

The parties agree that these facts, which do not include all facts known to them, are sufficient to prove beyond a reasonable doubt the Defendant's guilt with respect to Counts 1 and 2 of the Indictment.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 11/24/2021    By: _____
MANOLO REBOSO
ASSISTANT UNITED STATES ATTORNEY

Date: 11/24/21    By: _____
ANTHONY STONICK
COUNSEL FOR DEFENDANT

Date: 11/24/21    By: _____
JULIUIS DWIGHT MOZIE
DEFENDANT